ACCEPTED
14-17-00532-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/14/2018 11:03 AM
CHRISTOPHER PRINE
CLERK

# CALVERT & ASSOCIATES

## ATTORNEYS AT LAW

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/14/2018 11:03:56 AM

CHRISTOPHER A. PRINE
Clerk

**T. MARC CALVERT**
BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

May 14, 2018

Christopher A. Prine, Clerk of the Court
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

Re:     **Court of Appeals Number    :**    14-17-00532-CV
        **Trial Court Case Number    :**    2016-33632

Style:  Darnell Pettway, MD v. Maria Olvera

Dear Sir:

Please be advised that I designate the following weeks as my vacation schedule for 2018:

- August 6, 2018 – August 10, 2018;
- August 13, 2018 – August 17, 2018;
- August 20, 2018 – August 24, 2018; and
- August 27, 2018 – August 31, 2018.

I would request that no hearings, depositions or trial be scheduled during this time

Sincerely,

**CALVERT & ASSOCIATES**

T. Marc Calvert

cc:

Kirk L Pittard
Peter M. Kelly
Morgan A. McPheeters
Kelly, Durham & Pittard, LLP
PO Box 224626

**Phone**  (713) 290-0272     |     **Email**  calvertfirm@calvertfirm.com     |     **Mailing**  15201 Mason Road, Suite 350
**Fax**  (713) 290-0277     |     **Web**  www.calvertfirm.com     |     **Address**  Cypress, Texas 77433

Christopher A. Prine, Clerk of the Court
May 14, 2018
Page 2


Corey S. Gomel
Gomel & Associates, P.C.
1177 West Loop South, Suite 1400
Houston, Texas 77027

TMC/cjs
14th Court of Appeals – 2018 Vacation Letter